UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ROBERT L. COURSON,<br><br>    Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC,<br><br>    Defendant. | CIVIL ACTION NO.<br>1:23-cv-05195-JPB |

## ORDER

This matter is before the Court on Magistrate Judge J. Clay Fuller's Final Report and Recommendation [Doc. 8] recommending this action be dismissed with prejudice per the parties' filing of the Notice of Settlement [Doc. 7].

Accordingly, the Court **APPROVES AND ADOPTS** the Final Report and Recommendation as the judgment of the Court. For the reasons stated in the Magistrate Judge's Report and Recommendation, this case is hereby **DISMISSED WITH PREJUDICE,** subject to the right of any party to reopen the case within sixty days from the date of entry of this Order if settlement negotiations fail. The Clerk is **DIRECTED** to close this case.

**SO ORDERED** this 25th day of March, 2024.

_____
**J. P. BOULEE**
United States District Judge